**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:                                                          Case No. 14-18326-RAM
                                                                       Chapter 7
**ANDRES AUGUSTO DE AVILA**
SS #XXX-XX-2843
**MARIA CAROLINA RIVAS**
SS #XXX-XX-2533

_____Debtor(s)_____ /

## NOTICE OF DEPOSIT OF FUNDS

Notice is hereby given that:

(X)     The trustee has a balance of $26,483.57 remaining in the trustee's account which
        represents unpresented checks drawn and mailed to entities pursuant to the final
        distribution under section 726, 1226 or 1326 of title 11 in a case under chapter 7, 12 or 13
        of title 11. The trustee has made a good faith effort to verify the correct mailing addresses
        for said entities and deliver the funds before presenting this notice. More than sufficient
        time has passed for these checks to be presented for payment; or

(  )    The trustee has a balance of $_____ remaining in the trustee's account which
        represents small dividends as defined by FRBP 3010.

        Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names,
claim numbers and addresses of the claimants and the amount to which each is entitled.

        WHEREFORE, the trustee hereby gives notice that the above stated sum has been
deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of
this estate.

        I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed this
29th day of May, 2018, to debtor, attorney for debtor and Assistant United States Trustee, 51 S.W.
First Avenue, Suite 1204, Miami, FL 33130.

_____
Drew M. Dillworth, Trustee
150 W. FLAGLER STREET
22ND FLOOR
MIAMI, FL 33130
Telephone: (305) 789-3598
Fax: (305) 789-3395

**DE AVILA, ANDRES AUGUSTO**
**14-18326-RAM**
**STALED DATED FUNDS**

| CLAIM NO | CLAIMANT | AMOUNT |
|---|---|---|
| | | |
| 15 | DEPARTMENT OF TREASURY | $26,483.57 |